IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

ROAD SAFETY SERVICES, INC., a Delaware Corporation;

    Plaintiff,

vs.

ERIC REYNOLDS, an individual;

    Defendant.

8:25CV567

ORDER TO SHOW CAUSE

This matter comes before the Court on its own motion. "[T]he federal courts are obligated to raise the issue of subject-matter jurisdiction *sua sponte*." Crawford v. F. Hoffman-La Roche Ltd., 267 F.3d 760, 764 n.1 (8th Cir. 2001).

"The burden of proving subject matter jurisdiction falls on the plaintiff." VS Ltd. P'ship v. Dep't of Hous. & Urb. Dev., 235 F.3d 1109, 1112 (8th Cir. 2000). Accordingly, Plaintiff is ordered to show cause that the Court has subject-matter jurisdiction over this case. Specifically, Plaintiff should address whether Pavement Marking, LLC, is a required, real party in interest under Federal Rules of Civil Procedure 17 and 19, and whether Pavement Marking's citizenship defeats diversity jurisdiction and/or requires the Court to dismiss the case. See GMAC Com. Credit LLC v. Dillard Dep't Stores, Inc., 357 F.3d 827, 829 (8th Cir. 2004) (citizenship of an LLC is that of its members). Accordingly,

IT IS ORDERED:

1. Plaintiff shall show cause that the Court has subject-matter jurisdiction over this case by filing a brief within 14 days of the date of this Order. Defendant may, but is not required, to file a response within 14 days after Plaintiff's brief. If Defendant files a response, Plaintiff may reply within 7 days thereafter.

Dated this 23rd day of October, 2025.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge

8:25-cv-00567-JFB-MDN    Doc # 15    Filed: 10/23/25    Page 2 of 2 - Page ID # 170