IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

ROAD SAFETY SERVICES, INC., a
Delaware Corporation;

Plaintiff,

vs.

ERIC REYNOLDS, an individual;

Defendant.

**8:25CV567**

**ORDER OF DISMISSAL**

This matter comes before the Court on the parties' Joint Motion to Dismiss with Prejudice (Filing No. 25).  The Court, being advised in the premises, finds that such an Order is proper.

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that this case be dismissed with prejudice with each party to bear its own costs and fees.

Dated this 29th day of May, 2026.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge